FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 1 7 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MIGUEL BALCARCE,

      *Plaintiff,*

    *v.*

UNITED STATES OF AMERICA,

      *Defendant.*
-------------------------------------------------------x

Civil Action No. 05-607

STIPULATION FOR DISMISSAL

Plaintiff, Miguel Balcarce, and defendant, United States of America, by their respective undersigned attorneys, stipulate to the dismissal of the above-titled action, with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of this litigation.

MIGUEL BALCARCE
   *by his attorney*

ELIZABETH A. MARESCA
Lincoln Center Legal Services, Inc.
3rd Floor
33 West 60th Street
New York, New York 10023
Tel.: (212) 636-7353
Fax: (212) 636-6923
*e-mail:* emaresca@law.fordham.edu

UNITED STATES OF AMERICA
   *by its attorneys*

ROSLYNN R. MAUSKOPF
United States Attorney

BONNI J. PERLIN (B.P. 7204)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel.: (202) 307-0834
Fax: (202) 514-5238
*e-mail:* Bonni.Perlin@USDOJ.gov

So ordered.

USDT

10/13/06